1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                        WESTERN DIVISION
11  DANIEL C. DEAN,                    ) Case No. CV 18-01727-RGK (JDE)
                                       )
12              Petitioner,            )
                                       ) ORDER ACCEPTING FINDINGS
13        v.                           ) AND RECOMMENDATION OF
                                       ) UNITED STATES MAGISTRATE
14  LA SUPERIOR COURT,                 ) JUDGE
                                       )
15              Respondent.            )
                                       )
16  _____)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

18  records on file, and the Report and Recommendation of the United States

19  Magistrate Judge. Petitioner did not file timely objections to the Report and

20  Recommendation. The Court accordingly accepts the findings and

21  recommendation of the Magistrate Judge.

22        IT IS THEREFORE ORDERED that Judgment shall be entered

23  denying the Petition and dismissing this action without prejudice.

24

25

26  Dated:  June 22, 2018

27                                    _____
                                      R. GARY KLAUSNER
28                                    United States District Judge