UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL C. DEAN, | Case No. CV 18-01727-RGK (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| LA SUPERIOR COURT, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: June 22, 2018

*/s/ Gary Klausner*

R. GARY KLAUSNER
United States District Judge